**Henry BUFORD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 70902.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 27, 1997.

N. Scott Rosenblum, Wittner, Poger, Rosenblum, Spewak, Clayton, for appellant.

John Munson Morris, III, Attorney General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Henry Buford, appeals the judgment of the Circuit Court of the City of St. Louis denying his amended Rule 29.15 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the motion court pursuant to Rule 84.16(b). A memorandum, explaining the reasons for our decision, is attached solely for the use of the parties involved.